·MAGGIE LAMANNA, as Administratrix, etc., Respondent, *v.* THE NATIONAL SECURITY LIFE AND ACCIDENT COMPANY, Appellant.

(Argued June 11, 1891; decided June 25, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 12, 1890, which affirmed a judgment in favor of plaintiff entered upon a verdict directed by the court and affirmed an order denying a motion for a new trial.

*D. W. Northup* for appellant.

*William Allan* for respondent.

Agree to affirm; no opinion.
All concur, except EARL, J., not voting.
Judgment affirmed. ───────────

JOHN HOOPER, Appellant, *v.* THE JOHNSTOWN, GLOVERSVILLE AND KINGSBORO HORSE RAILROAD COMPANY, Respondent.

(Argued June 12, 1891; decided June 25, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made February 17, 1891, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Circuit.

*Heyward & Pruyn* for appellant.

*Matthew Hale* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.